IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jon A. Chump, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 06-1378 |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) JUDGE TERRENCE F. MCVERRY<br>) MAGISTRATE JUDGE CAIAZZA |
| Defendant. | ) |

## MEMORANDUM ORDER

On October 18, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On March 13, 2007 the magistrate judge issued a Report and Recommendation (Doc. 13) recommending that the District Court grant the Defendant's Motion for Summary Judgment (Doc. 11), and deny Chump's Motion for Summary Judgment (Doc. 9). Service of the Report and Recommendation was made on all parties and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of April, 2007, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (Doc. 11) is **GRANTED**, and that the Claimant Chump's Motion for Summary Judgment (Doc. 9) is **DENIED**

The Report and Recommendation of Magistrate Judge Caiazza dated March 13, 2007 is hereby adopted as the opinion of the court.

                                                      _____
                                                     s/ Terrence F. McVerry
                                                     United States District Judge

cc:

Francis X. Caiazza
United States Magistrate Judge


Attorneys of Record
Via Electronic Mail